## CARTER v. STANLY COUNTY

[345 N.C. 491 (1997)]

JOE CARTER, REBECCA W. CARTER AND CRYSTAL VENTURES CORPORATION, A NORTH CAROLINA CORPORATION v. STANLY COUNTY, A COUNTY IN THE STATE OF NORTH CAROLINA, WILLIAM DWIGHT SMITH, CHAIRMAN OF THE STANLY COUNTY COMMISSIONERS; DONNIE JOE WHITLEY, PAUL EDWARD BOWERS, SR., THOMAS EDWARD UNDERWOOD, MELVIN K. HUNEYCUTT, COUNTY COMMISSIONERS; THE STANLY COUNTY HEALTH DEPARTMENT, JERRY L. BURLESON, J. MICHAEL HATLEY, DR. PAUL B. HOUNSHELL, JR., EDWIN (PETE) R. JOHNSON, DONNA ·T. BAUCOM, DR. SAMUEL G. GRIFFIN, DR. LOUIS C. KANDL, DR. SAMUEL E. THOMPSON, EDWARD (RUSTY) R. KERR, O. DAVID WILLIAMS, JR., DONNIE JOE WHITLEY, MEMBERS OF THE STANLY COUNTY BOARD OF HEALTH; DR. JOSEPH BARRY BASS, JR., BENJAMIN WASHINGTON AND MICHAEL GOFORTH

No. 350A96

(Filed 10 February 1997)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 123 N.C. 235, 472 S.E.2d 378 (1996), affirming the order granting defendants' motion for summary judgment entered by ·Stephens (Ronald L.), J., on 20 June 1995 in Superior Court, Stanly County. Heard in the Supreme Court on 10 December 1996.

*Richard M. Warren for plaintiff-appellants.*

*Frank B. Aycock, III; and Parker, Poe, Adams & Bernstein, L.L.P., by Fred T. Lowrance; and Michael W. Taylor for defendant-appellees.*

*Michael F. Easley, Attorney General, by D. Sigsbee Miller, Assistant Attorney General, amicus curiae.*

*North Carolina Association of County Commissioners, by Kimberly Martin Grantham, amicus curiae.*

PER CURIAM.

AFFIRMED.